COSCA LAW CORPORATION
CHRIS COSCA     CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
ANTHONY DOMINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>ANTHONY DOMINO,<br><br>    Defendant. | 2:24-CR-00250-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING** |

## **STIPULATION**

By previous order, this matter was set for an Admit/Deny hearing on October 16, 2025. Due to a defense counsel's need to conduct further investigation and research, to meet with his client, to discuss resolution and otherwise prepare, the parties now stipulate to continue the Admit/Deny hearing to **December 4, 2025, at 9:30 a.m.** The government and probation do not oppose this request.

                                                        Respectfully submitted,

Dated: October 14, 2025                            /s/ Chris Cosca
                                                               CHRIS COSCA
                                                                Attorney for Defendant
                                                                ANTHONY DOMINO

Dated: October 14, 2025                    /s/ Charles Campbell
                                          CHARLES CAMPBELL
                                          Assistant US Attorney
                                          Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: October 14, 2025           _____
                                  Troy L. Nunley
                                  Chief United States District Judge