ERIC GRANT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>ANTHONY DOMINO,<br><br>               Defendant. | CASE NO. 2:24-CR-250-TLN<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET ADMIT/DENY HEARING; ORDER<br><br>DATE: January 22, 2026<br>TIME: 9:30 AM<br>COURT: Hon. TROY L. NUNLEY |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney CHARLES CAMPBELL, and defendant ANTHONY DOMINO, both individually and by and through his counsel of record, CHRIS COSCA, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on January 22, 2026, at 9:30 AM, before this Court. *See* Dkt. No. 26. The Court set that date to allow the parties time to determine whether it would be necessary to hold a contested revocation hearing.

2. The parties have since conferred and agree that a contested revocation hearing is not necessary, as the defendant is prepared to waive the right to such a hearing pursuant to Fed. R. Crim. P. 32.1(b)(2).

3. The parties request that the Court vacate the status conference on January 22, 2026, and set an Admit/Deny hearing on January 29, 2026, at 9:30 AM. At that hearing, in lieu of the defendant's admission on the record, the defendant will waive the revocation hearing pursuant to Rule 32.1(b)(2),

and the parties will ask the Court to make the findings required by 18 U.S.C. § 3583(e)(3), based on the factual recitation in the supervised release violation petition. *See Superseding Violation Pet.*, Dkt. No 16.

      IT IS SO STIPULATED.

Dated: December 23, 2025

ERIC GRANT
United States Attorney

/s/ CHARLES CAMPBELL
CHARLES CAMPBELL
Assistant United States Attorney

Dated: December 23, 2025

/s/ CHRIS COSCA
CHRIS COSCA
Counsel for Defendant
ANTHONY DOMINO

## ORDER

IT IS SO FOUND AND ORDERED this 30th day of December, 2025.

_____
Troy L. Nunley
Chief United States District Judge

STIPULATION

2